UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Bankruptcy No. 13-30519 |
| | § | |
| STEPHANIE HENRY | § | |
| | § | CHAPTER 13 |
| Debtor | § | |
| | § | |
| | § | |
| | § | |
| STEPHANIE HENRY, on behalf of herself | § | |
| and all others similarly situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No. 18-03154 |
| | § | |
| EDUCATIONAL FINANCIAL SERVICES, | § | |
| A DIVISION OF WELLS FARGO BANK, | § | |
| N.A., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF APPEAL

### (RELATES TO DKT. NO. 41)

Educational Financial Services, a Division of Wells Fargo Bank, N.A. ("Wells Fargo"),

pursuant to 28 U.S.C. § 158, Federal Rules of Bankruptcy Procedure 8001–8006, and Federal

Rules of Appellate Procedure 1–6, hereby appeals to the United States Court of Appeals for the

Fifth Circuit from the *Order* entered in the above-captioned adversary proceeding on October 17,

2018 (the "Order") (Doc. No. 41) denying Wells Fargo's *Motion to Compel Stay and to*

*Arbitration and, Alternatively, to Dismiss Complaint*, (Doc. No. 10), and all adverse orders,

rulings (evidentiary or otherwise), decrees, opinions, and judgments leading up to or included

within the Order.  A copy of the Order is attached hereto as Exhibit A pursuant to Federal Rule

of Bankruptcy Procedure 8003(a)(3)(B).

The name of the appellant and the other parties to this appeal and the names, addresses,

and phone numbers of their respective attorneys are as follows:

1.      APPELLANT

**Education Financial Services, a Division of Wells Fargo Bank, N.A,** *Creditor and Adversary-Proceeding Defendant*

Represented by:                     Robert T. Mowrey
                                      Texas Bar No. 14607500
                                     Thomas A. Connop
                                      Texas Bar No. 04702500
                                     Locke Lord LLP
                                     2200 Ross Avenue, Suite 2800
                                     Dallas, Texas 75201
                                     (214) 740-8000 (Telephone)
                                     (214) 740-8800 (Facsimile)
                                     rmowrey@lockelord.com
                                     tconnop@lockelord.com

                                     —and—

                                     Bradley C. Knapp
                                      Texas Bar No. 24060101
                                     Locke Lord LLP
                                     601 Poydras Street, Suite 2660
                                     New Orleans, Louisiana  70130
                                     (504) 558-5210 (Telephone)
                                     (504) 910-6847 (Facsimile)
                                     bknapp@lockelord.com

                                     —and—

                                     Kurt L. Krolikowski
                                      Texas Bar No. 24074548
                                     Locke Lord LLP
                                     600 Travis Street, Suite 2800
                                     Houston, Texas  77002
                                     (713) 226-1200 (Telephone)
                                     (713) 223-3717 (Facsimile)
                                     KKrolikowski@lockelord.com

2.      <u>APPELLEE</u>

**Stephanie Henry, on behalf of herself and all others similarly situated,** *Debtor and Adversary-Proceeding Plaintiff*

Represented by:                    Jason W. Burge (*pro hac vice*)
Kathryn J. Johnson (pro hac vice)
Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: 504.586.5252
Facsimile: 504.586.5250
Email: jburge@fishmanhaygood.com
kjohnson@fishmanhaygood.com

—and—

Austin Smith (pro hac vice)
Smith Law Group
3 Mitchell Place
New York, New York 10017
Telephone: 917.992.2121
Email: austin@acsmithlawgroup.com

—and—

Joshua B. Kons (pro hac vice)
Law Offices of Joshua B. Kons, LLC
939 West North Avenue, Suite 750
Chicago, IL 60642
Telephone: 312.757.2272
Email: joshuakons@konslaw.com

—and—

Adam Corral
Susan Tran
Brendon Singh
Corral Tran Singh, LLP
440 Louisiana St, Suite 2450
Houston, TX 77002
Telephone: 832.975.7300
Facsimile: 832.975.7301
Email:   adam.corral@ctsattorneys.com
         susan.tran@ctsattorneys.com
         brendon.singh@ctsattorneys.com

—and—

George F. Carpinello
Adam R. Shaw
Robert C. Tietjen
Boies Schiller Flexner, LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: 518.434.0600
Facsimile: 518.434.0665
Email: gcarpinello@bsfllp.com

—and—

Lynn E. Swanson (pro hac vice)
Jones, Swanson, Huddell & Garrison, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: 504.523.2500
Facsimile: 504.523.2508
Email: lswanson@jonesswanson.com

Dated: October 31, 2018.          Respectfully submitted,

_/s/ Bradley C. Knapp_
Bradley C. Knapp
  Texas Bar No. 24060101
LOCKE LORD LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana  70130
(504) 558-5210 (Telephone)
(504) 910-6847 (Facsimile)
bknapp@lockelord.com

Robert T. Mowrey
  Texas Bar No. 14607500
Thomas A. Connop
  Texas Bar No. 04702500
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)
rmowrey@lockelord.com
tconnop@lockelord.com

Kurt L. Krolikowski
  Texas Bar No. 24074548
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas  77002
(713) 226-1200 (Telephone)
(713) 223-3717 (Facsimile)
KKrolikowski@lockelord.com

_ATTORNEYS FOR DEFENDANT, EDUCATIONAL
FINANCIAL SERVICES, A DIVISION OF WELLS
FARGO BANK, N.A._

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of October, 2018, a copy of the

above and foregoing was served either electronically by the Clerk of the Court or by email to:

Adam Corral
CORRAL TRAN SINGH, LLP
1010 Lamar St., Ste., 1160
Houston, TX 77002

Jason W. Burge
Kathryn J. Johnson
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600

Austin Smith
SMITH LAW GROUP
3 Mitchell Place
New York, New York 10017

Lynn E. Swanson
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

Joshua B. Kons
LAW OFFICE OF JOSHUA B. KONS, LLC
939 West North Avenue, Suite 750
Chicago, IL 60642

George F. Carpinello
Adam R. Shaw
Robert C. Tietjen
BOIES SCHILLER FLEXNER LLP
30 South Pearl St., 11th Floor
Albany, NY 12207

*/s/ Bradley C. Knapp*
Bradley C. Knapp