UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>STEPHANIE HENRY,<br><br>    Debtor. | § § § § § § § § | Chapter 13<br><br>Case No. 13-30519 (DRJ) |
| STEPHANIE HENRY, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EDUCATIONAL FINANCIAL SERVICES, A DIVISION OF WELLS FARGO BANK, N.A,<br><br>    Defendant. | § § § § § § § § § § § § § § § | Adv. Pro. No. 18-03154 (DRJ)<br><br><br><br>**PUTATIVE NATIONWIDE**<br>**CLASS ACTION** |

### PLAINTIFF'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

(Relates to Dkt. Nos. 43, 44)

Plaintiff Stephanie Henry ("Henry"), on behalf of herself and all those similarly situated,[1] through undersigned counsel pursuant to Federal Rule of Bankruptcy Procedure 8009 and Federal Rule of Appellate Procedure 6, provide the following statement of issue and designation of items to be included in the record on appeal. *See* Dkt. Nos. 43, 44.

---

[1] Plaintiff appears both individually and on behalf of all similarly situated individuals who have filed for bankruptcy in the various district courts of the United States and were issued discharge orders since October 17, 2005, who: (1) before filing for bankruptcy, obtained private Consumer Education Loans from Defendant or its predecessors in interest that were not made under any program funded by a non-profit institution to cover expenses at ineligible institutions as that term is defined in 11 U.S.C. § 523(a)(8)(B) and 26 U.S.C. § 221(d); (2) have never reaffirmed any pre-petition private Consumer Education Loan; and (3) have nonetheless been subjected to Defendant's policy of attempting to induce payment and/or Defendant's successful inducement of payment on these discharged Consumer Education Loans ("Class Members").

1

1382932v.3

**I.   STATEMENT OF ISSUE ON APPEAL**

Plaintiff intends to present the following issue on appeal:

1. Whether the bankruptcy court permissibly exercised its discretion to deny the motion to stay and compel arbitration filed by Defendant Educational Financial Services, A Division of Wells Fargo Bank, N.A., consistent with this Circuit's ruling in *Matter of National Gypsum Co.*, 118 F.3d 1056 (5th Cir. 1997) and the Second Circuit's ruling in *In re Anderson*, 884 F.3d 382 (2d Cir. 2018), *cert. denied sub nom. Credit One Bank, N.A. v. Anderson*, No. 17-1652, 2018 WL 2876199 (U.S. Oct. 1, 2018).

**II.   DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Plaintiff designates the following additional highlighted items (including, without limitation, any and all exhibits, attachments, appendices, and other similar additions to such items) to be included in the record on appeal:

| **Filing Date** | **Case Number** | **Docket #** | **Docket/Claim Register Text** |
|---|---|---|---|
| **Bankruptcy Case No. 13-30519** | | | |
| 02/01/2013 | 13-30519 | 1 | Chapter 13 Voluntary Petition. Fee Amount $281. Filed by Stephanie Marie Henry. (Kemsley, Rod) (Entered: 02/01/2013) |
| 02/04/2013 | 13-30519 | 11 | Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Statement of Financial Affairs (Filed By Stephanie Marie Henry ). (Kemsley, Rod) (Entered: 02/04/2013) |
| 05/17/2018 | 13-30519 | 168 | Order Discharging Debtor Signed on 5/17/2018 (Related document(s):164 Chapter 13 Debtor's Certification and Motion for Discharge) (hcar) (Entered: 05/17/2018) |
| 02/13/2013 | 13-30519 | Claim 2-1 | Claim #2 filed by Wells Fargo Bank NA, Amount claimed: $10063.29 (Radic, Irena) |
| **Adversary Case No. 18-03154** | | | |
| 06/12/2018 | 18-03154 | 1 | Adversary case 18-03154. Nature of Suit: (63 (Dischargeability - 523(a)(8), student loan)),(72 (Injunctive relief - other)), (91 (Declaratory judgment)) Complaint by Stephanie Marie Henry |

2

| | | | |
|---|---|---|---|
| | | | against Educational Financial Service, A Division of Wells Fargo Bank, N.A.. Fee Amount $350 (Corral, Adam) (Entered: 06/12/2018) |
| 06/19/2018 | 18-03154 | 4 | Request for Issuance of Summons on Educational Financial Services, A Division of Wells Fargo Bank, N.A.. (Corral, Adam) (Entered: 06/19/2018) |
| 06/20/2018 | 18-03154 | 5 | Summons Issued on Educational Financial Service, A Division of Wells Fargo Bank, N.A. Date Issued 6/20/2018. (kpico) (Entered: 06/20/2018) |
| 06/20/2018 | 18-03154 | 6 | Summons Service Executed on Stephanie Marie Henry 6/20/2018. (Corral, Adam) (Entered: 06/20/2018) |
| 07/12/2018 | 18-03154 | 7 | Motion to Extend Time / *Deadline to Respond to Plaintiff's Complaint* Filed by Educational Financial Service, A Division of Wells Fargo Bank, N.A. (Attachments: # 1 Proposed Order) (Knapp, Bradley) (Entered: 07/12/2018) |
| 07/25/2018 | 18-03154 | 8 | Order Granting Motion to Extend Time (Related Doc # 7) Signed on 7/25/2018. (aalo) (Entered: 07/25/2018) |
| 08/10/2018 | 18-03154 | 10 | Motion To Stay., in addition to Motion to Compel *Arbitration*, or in the alternative Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 21 days. Filed by Educational Financial Service, A Division of Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order) (Knapp, Bradley) (Entered: 08/10/2018) ==(including exhibits 10-1 through 10-4 and Proposed Order at exhibit 10-5)== |
| 08/15/2018 | 18-03154 | 18 | Notice of *Hearing*. (Related document(s):10 Motion To Stay, Motion to Compel, Motion to Dismiss Adversary Proceeding) Filed by Educational Financial Service, A Division of Wells Fargo Bank, N.A. (Knapp, Bradley) (Entered: 08/15/2018) |
| 08/30/2018 | 18-03154 | 21 | Response to Motion to Compel and Dismiss (related document(s):10 Motion To Stay, Motion to Compel, Motion to Dismiss Adversary Proceeding). Filed by Stephanie Marie Henry (Attachments: # 1 Proposed Order) (Corral, Adam) (Entered: 08/30/2018) ==(including Proposed Order at exhibit 21-1)== |

3

1382932v.3

| | | | |
|---|---|---|---|
| 09/04/2018 | 18-03154 | 22 | Witness List, Exhibit List (Filed By Educational Financial Service, A Division of Wells Fargo Bank, N.A. ).(Related document(s):18 Notice) (Knapp, Bradley) (Entered: 09/04/2018) |
| 09/04/2018 | 18-03154 | 23 | Exhibit List (Filed By Stephanie Marie Henry ). (Corral, Adam) (Entered: 09/04/2018) |
| 09/04/2018 | 18-03154 | 24 | Exhibit List (Filed By Stephanie Marie Henry ). (Corral, Adam) (Entered: 09/04/2018) |
| 10/01/2018 | 18-03154 | 40 | Notice *of Supplemental Authority*. (Related document(s):21 Response, 32 Courtroom Minutes) Filed by Stephanie Marie Henry (Attachments: # 1 Exhibit A; Order List)(Corral, Adam) (Entered: 10/01/2018) ==(including exhibit 40-1)== |
| 10/17/2018 | 18-03154 | 41 | Order Denying Motion to Compel Arbitration and Dismiss Complaint and Certification for Direct Appeal (Related Doc # 10) Signed on 10/17/2018. (VrianaPortillo) (Entered: 10/18/2018) |
| 10/31/2018 | 18-03154 | 43 | Notice of Appeal filed. (related document(s):41 Order on Motion To Stay, Order on Motion to Compel). Fee Amount $298. Appellant Designation due by 11/14/2018. (Attachments: # 1 Exhibit A)(Knapp, Bradley) (Entered: 10/31/2018) |
| 11/03/2018 | 18-03154 | 47 | Transcript RE: Motion Hearing held on September 6, 2018 before Judge David R. Jones. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 02/1/2019. (mhen) (Entered: 11/03/2018) |
| ==11/14/2018== | ==18-03154== | ==53== | ==Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):43 Notice of Appeal). (Knapp, Bradley) (Entered: 11/14/2018)== |

4

1382932v.3

Dated: November 28, 2018.                Respectfully submitted,

                                                    */s/Jason W. Burge*

Jason W. Burge (*pro hac vice*)
SBN (LA) 30420
Kathryn J. Johnson (*pro hac vice*)
SBN (LA) 36513
FISHMAN HAYGOOD L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
(504) 586-5252
jburge@fishmanhaygood.com
kjohnson@fishmanhaygood.com

Adam Corral
SBN (TX) 24080404
Corral Tran Singh, LLP
440 Louisiana St, Suite 2450
Houston, TX 77002
(832) 975-7300; (832) 975-7301 fax
Adam.corral@ctsattorneys.com

Austin Smith (*pro hac vice*)
SBN (NY) 5377254
SMITH LAW GROUP
3 Mitchell Place
New York, New York 10017
(917) 992-2121
Austin@acsmithlawgroup.com

Lynn E. Swanson (*pro hac vice*)
SBN (LA) 22650
JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
(504) 523-2500
Lswanson@jonesswanson.com

Joshua B. Kons (*pro hac vice*)
SBN (IL) 6304853
LAW OFFICE OF JOSHUA B. KONS, LLC
939 West North Avenue, Suite 750
Chicago, IL 60642
(312) 757-2272
joshuakons@konslaw.com

5

George F. Carpinello
SBN (NY) 1652684
Adam R. Shaw
SBN (NY) 2587467
Robert C. Tietjen
SBN (NY) 4113700
BOIES SCHILLER FLEXNER LLP
30 South Pearl St., 11th Floor
Albany, NY 12207
(518) 434-0600
gcarpinello@BSFLLP.com
adamshaw@BSFLLP.com
rtietjen@BSFLLP.com

*Counsel to Stephanie Henry*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of November, 2018, a true and correct copy of *Plaintiff's Statement of Issues and Designation of Items to be Included in the Record on Appeal* was served via that Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned proceeding.

*/s/Jason W. Burge*
