

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/05/2020

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 13-30519 |
| STEPHANIE MARIE HENRY; fka § | CHAPTER 13 |
| HENSCHEL § | |
| § | |
| Debtor(s). § | DAVID R. JONES |
| § | |
| § | |
| STEPHANIE MARIE HENRY, *et al* § | |
| § | |
| Plaintiff(s), § | |
| § | |
| vs. § | ADVERSARY NO. 18-3154 |
| § | |
| EDUCATIONAL FINANCIAL SERVICE § | |
| § | |
| Defendant(s). § | |

### ORDER SETTING STATUS/SCHEDULING CONFERENCE

The Court will hold a status/scheduling conference in this adversary proceeding on **February 19, 2020 at 3:45 p.m. (Central time).** The status conference will be conducted at the following location:

**Courtroom 400, 515 Rusk Avenue, Houston, Texas**

Within three days of the entry date of this order, the plaintiff shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

**SIGNED: February 4, 2020.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**